**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company, f/k/a Minnesota Mining and Manufacturing Co. |
|---|---|
| Defendant 2 | AGC Chemicals Americas, Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Archroma US Inc. |
| Defendant 5 | Arkema, Inc. |
| Defendant 6 | Buckeye Fire Equipment Company |
| Defendant 7 | Carrier Global Corporation, individually and as successor in interest to Kidde-Fenwal, Inc. |
| Defendant 8 | Chemdesign Products, Inc. |
| Defendant 9 | Chemguard, Inc. |
| Defendant 10 | Chemicals, Inc. |
| Defendant 11 | Chemours Company, LLC |
| Defendant 12 | Clariant Corporation, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 13 | Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | Deepwater Chemicals, Inc. |
| Defendant 15 | Dupont De Nemours, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | Dynax Corporation |
| Defendant 17 | E I Dupont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | Nation Ford Chemical Company |
| Defendant 19 | The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | Tyco Fire Products, LP, individually and as successor in interest to The Ansul Company |

**Jurisdiction and Venue**

4.   Plaintiff alleges jurisdiction based on:

⊠      Diversity

⊠      Federal Question

⊠      The "Mass Action" provisions of the Class Action Fairness Act
        ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐      Other:_____

5.   Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined

as the proper venues of origin where the claim(s) could have overwise been brought pursuant

to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6.   Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7.   Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer
Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8.  Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9.  The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Punitive Damages
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____
_____
_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: _09/02/2025_                 Respectfully Submitted,

                                    AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

                                    _/s/ Douglass A. Kreis_
                                    Douglass A. Kreis
                                    Bryan F. Aylstock
                                    Justin G. Witkin
                                    dkreis@awkolaw.com
                                    baylstock@awkolaw.com
                                    jwitkin@awkolaw.com
                                    17 East Main Street, Suite 200
                                    Pensacola, FL 32502
                                    Phone: (850) 202-1010

                                    _Attorneys for Plaintiffs_

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, Levorn | 5/12/1953 | IN | Northern District of Indiana | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Aguilar, Brooke | 3/19/1984 | IL | Southern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Aldridge, Debbie | 7/16/1954 | IL | Central District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Anderson, Desireé | 4/3/1982 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Ashley, Nicholas | 12/22/1983 | IN | Southern District of Indiana | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Bacon, Trevor | 10/27/1995 | IA | Southern District of Iowa | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Baker, Jeremy | 11/19/1980 | IN | Southern District of Indiana | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Ball, Wendy | 7/1/1967 | IL | Northern District of Illinois | | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Barnes, Beverly | 9/15/1958 | IL | Northern District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10. | Bavery, Joey | 1/8/1975 | IL | Central District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Bixby, Jeff | 12/6/1974 | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Blatti, Nicole | 11/13/1973 | IL | Northern District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Bluminberg, Daniel | 9/23/1979 | IL | Northern District of Illinois | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Bonner, Amy | 12/21/1973 | IN | Southern District of Indiana | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Bosnjakovic, Zekira | 1/12/1972 | IN | Northern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Bridges, Leslie | 8/26/1984 | IL | Southern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Caputo, Dominic | 2/23/1962 | IL | Northern District of Illinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Carlson, Laura | 8/20/1979 | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Casteel, Stacy | 3/13/1970 | IN | Northern District of Indiana | | X | | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Chao-Malave, Patricia | 11/20/1976 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Collazo, Edna | 3/6/1971 | IL | Northern District of Illinois | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22. | Cummings, John | 10/9/1957 | IL | Central District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Debates, Williàm | 5/26/1958 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Detrick, Shelly | 5/13/1976 | IA | Southern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Deyo, Dean | 1/9/1970 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Dinkins, Heather | 5/22/1978 | IL | Central District of Illinois | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Doyle, Colleen | 6/9/1966 | IA | Northern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Fitzpatrick, Gregory | 3/2/1977 | IL | Northern District of Illinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Forker, Donna | 1/10/1959 | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Forker, Wilford | 9/20/1954 | IA | Northern District of Iowa | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Frye, Connye | 11/16/1961 | IA | Northern District of Iowa | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Fulton, Robert | 10/5/1974 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Garrett, Nicole | 3/5/1969 | IL | Northern District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Gary, Eunice | 1/27/1973 | IL | Southern District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Gelisse, Cj | 6/21/1976 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36. | Gomez, Jesse | 6/9/1983 | IL | Northern District of Illinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Gray, Maria | 7/10/1980 | IN | Southern District of Indiana | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Grieger, Chris | 9/22/1964 | IN | Southern District of Indiana | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Grimm, Rebecca | 6/21/1963 | IL | Southern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Hartman, Douglas | 4/7/1961 | IL | Northern District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Hasicic, Zana | 7/1/1972 | IA | Southern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Hendricks, Brent | 10/29/1972 | IL | Northern District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Hernandez Curt, Elba Milagros | 1/6/1950 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Hernandez, John | 9/14/1954 | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Hildebrand, Colleen | 6/8/1960 | IL | Northern District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46. | Hodel, Patti | 4/2/1969 | IL | Central District of Illinois | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Hopwood, Michelle | 4/25/1979 | IA | Southern District of Iowa | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Hrnjic, Nihad | 6/1/1979 | IL | Northern District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Hunter, Sherry | 12/27/1962 | IN | Southern District of Indiana | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Ivers, Anthony | 6/12/1964 | IN | Southern District of Indiana | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Johnson, Jane | 3/7/1957 | IL | Northern District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Johnson, Scott | 6/3/1963 | IN | Southern District of Indiana | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Jordan, Jeffery | 3/21/1978 | IN | Southern District of Indiana | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Judy, Shyanna | 8/19/1998 | IL | Central District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Juhl, Cathy | 2/23/1972 | IL | Central District of Illinois | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Kambach, Drew | 12/12/1989 | IL | Northern District of Illinois | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Keahna, Jane | 5/30/1954 | IA | Northern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Keller, Cindy J. | 10/23/1958 | IA | Northern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59. | Kelly, Michael | 12/15/1977 | IA | Southern District of Iowa | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Kretschmer, Patti | 10/17/1961 | IL | Northern District of Illinois | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Lauryn, David | 9/16/1950 | IL | Northern District of Illinois | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Leff, Maggie | 9/1/1978 | IL | Northern District of Illinois | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Lopez, Courtenay | 9/5/1962 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Lovett, Trevone Lavelle | 3/9/1992 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Lunea, Paradise | 1/27/1967 | GA | Middle District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Magin, James | 9/13/1946 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Manzella, Paul | 7/2/1963 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Mateo, Ada | 11/4/1967 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | McAdams, Janice | 11/26/1970 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70. | McCormick, Michael | 1/12/1987 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | McDermid, Laura | 2/13/1965 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | McElhannon, Jodan | 7/20/1978 | GA | Northern District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | McMullen, Sylvester | 9/19/1963 | GA | Middle District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Meeler, Melissa | 1/18/1954 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Melick, Marilyn | 10/1/1946 | IA | Southern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Mirabella, Donna | 3/21/1956 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Mitchell, Karen | 6/11/1969 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Monette, Chelsey | 4/12/1994 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Moore, Sandra | 8/23/1963 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Murray, Brenda | 8/19/1961 | GA | Southern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81. | Muzljakovich, Jacqueline | 1/12/1947 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Nantz, Dan | 11/18/1963 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Olson, Tracey | 11/6/1986 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Overbey, Katherine | 4/24/1978 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Page, Mary | 8/6/1971 | GA | Middle District of Georgia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Payton, Danny | 8/3/1955 | GA | Middle District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Pena Diaz, Jose | 7/20/1979 | FL | Southern District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Peratos, Christina | 2/11/1971 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Perkins, Matthew | 10/9/1977 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Perry, Lelanie | 7/30/1976 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Petit Frere, Magalie | 11/13/1966 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Petit, Jeffrey Harris | 9/22/1989 | GA | Northern District of Georgia | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Pfeiffer, Tracey | 8/25/1977 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94. | Plunkett, Robert | 1/17/1957 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Porter, Marcia | 5/14/1975 | GA | Middle District of Georgia | | X | | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Powe, Cheri | 5/3/1959 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Powell, Russell | 1/3/1970 | IA | Southern District of Iowa | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Powers, Lisa | 2/17/1965 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Radomski, Beth | 6/22/1972 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Raimondi Cisario, Julie | 3/14/1965 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Rawlston, Erica | 9/21/1988 | FL | Middle District of Florida | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Reese, Jeff | 7/18/1970 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Riggi, Bonnie | 12/20/1955 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Robinson, James Christopher | 1/8/1968 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Robison, Hilliard | 1/16/1962 | FL | Southern District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Rodewald, Rick | 8/17/1954 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Ross, Sharon Therese | 12/4/1956 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Rucks, Chase Reid | 9/14/1983 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Rudzinskas, Joseph | 2/17/1948 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Ruffin, Bernie | 9/19/1958 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Sales, Kerry | 9/30/1965 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Sausville, Joseph | 12/11/1965 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Schneider, Sheila | 3/7/1956 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Session, Larry | 9/6/1960 | GA | Middle District of Georgia | | X | | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Shackleford, Darenda | 4/17/1964 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Shadburn, Paula | 1/27/1966 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Shufford, Wanda | 2/17/1966 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Sierra, Cristina | 11/21/1952 | FL | Southern District of Florida | | X | | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119. | Simil, Roosvelt | 10/23/1960 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Sims, Glenda | 1/6/1980 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Smalley, John | 7/16/1962 | FL | Southern District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Smathers, Rhonda F. | 11/5/1962 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Smith, Jack | 4/12/1951 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Sotelo-Paz, Marian | 8/7/1961 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Sotomayor, Anabel | 12/13/1975 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Spencer, Barbara | 5/1/1960 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Stackewicz, Robert | 6/19/1952 | FL | Middle District of Florida | | X | | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Stecker, Gary | 7/21/1955 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129. | Stewart, Tanya | 5/10/1971 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Sullivan, Craig | 10/16/1968 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Sykes, Rita | 3/28/1958 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Townson, Jasmine Elizabeth | 10/14/1981 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Tufariello, Marissa | 3/18/1980 | FL | Middle District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 134. | Vaporis, Michael | 11/17/1960 | FL | Middle District of Florida | | X | | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Vinson, Omar | 9/10/1982 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Voyles, Sandi | 6/17/1961 | GA | Middle District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Waddle, Carleen | 2/8/1974 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Wardlaw, Decarlos | 9/15/1983 | GA | Middle District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Warren, Mary | 9/24/1955 | FL | Middle District of Florida | | X | | Thyroid Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Watson, Genie | 10/1/1968 | FL | Middle District of Florida | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 141. | Weigold, Tim | 4/14/1971 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Wesley, Frankie | 2/26/1951 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | West, Carole | 5/31/1954 | GA | Northern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Williams, Karen | 4/9/1956 | FL | Middle District of Florida | | X | | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Wintercorn, Mary | 12/25/1981 | FL | Southern District of Florida | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | Wise, Bobby | 11/13/1978 | GA | Northern District of Georgia | | X | | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 147. | Witt, Rodney | 8/21/1975 | GA | Southern District of Georgia | | X | | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 148. | Worthington, Jim | 8/18/1970 | GA | Northern District of Georgia | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 149. | Wyatt, Cardell | 3/18/1973 | GA | Northern District of Georgia | | X | | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 150. | Zalinsky, Tom | 3/24/1961 | FL | Middle District of Florida | | X | | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |